IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 18-226 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BEHZAD SABAGH | : | CIVIL ACTION NO. 25-3050 |

## ORDER

**AND NOW**, this 22nd day of April, 2026, upon consideration of Behzad Sabagh's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 84) and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the § 2255 Motion is **DISMISSED**. As Mr. Sabagh has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability. The Clerk is directed to **CLOSE** Civil Action No. 25-3050.

BY THE COURT:


 /s/ John R. Padova, J.
John R. Padova, J.